**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LISA CLARK | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| ANN VENEMAN, SECRETARY OF | * | NO: 3:04CV00275   SWW |
| THE DEPARTMENT OF | * | |
| AGRICULTURE OF THE UNITED | * | |
| STATES OF AMERICA | * | |
| | * | |
|     Defendant | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   7th   DAY OF NOVEMBER, 2005.

                                                              /s/Susan Webber Wright

                                                              UNITED STATES DISTRICT JUDGE